COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-05-458-CV

 

 

DONALD
S. WINN                                                                APPELLANT

 

                           V.

 

RICHARD
BROWN                                                                APPELLEES

AND DEBBIE BROWN

 

                                               ----------

             FROM THE 158TH
DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion To
Dismiss.@  It is the court's opinion that
the motion should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).  

Costs of this appeal shall be taxed against party incurring same,
for  which let execution issue.

PER
CURIAM       

 

PANEL D: HOLMAN, GARDNER and
WALKER, JJ.

 

DELIVERED: May 4, 2006








 











[1]See Tex. R. App. P. 47.4.